# EXHIBIT 2



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 212-2100
FAX (205) 212-2105
Website: www.eeoc.gov

EEOC Charge No. 420-2018-03239

Olivia Hendrieth                                      Charging Party

Auburn University                                     Respondent
c/o Morgan Sport
Senior Staff Counsel
101 Samford Hall
Auburn University, AL 36849

## NOTICE

The U.S. Equal Employment Opportunity Commission ("EEOC") erroneously issued a Dismissal and Notice of Rights ("Notice") in the above referenced charge with the incorrect date of mailing. The date of mailing on the Notice was June 6, 2018 but should have been June 6, 2019. This letter is notice to you that the EEOC has retracted and rescinded the previously issued Notice due to procedural deficiencies.

Enclosed is a revised Notice dated June 28, 2019. You must file suit within 90 days of receipt of the Notice enclosed with this correspondence. The EEOC apologizes for any inconvenience this error may have caused.

If you have any questions regarding this Notice, please contact Enforcement Manager Eless Brown by e-mail at eless.brown@eeoc.gov or by telephone at (205) 212-2019.

On behalf of the Commission:

JUN 2 8 2019
Date Mailed

Bradley A. Anderson
District Director

Enclosure

cc:   Auburn University                        Cynthia F. Wilkinson, Esquire
      c/o Morgan Sport                         Wilkinson Law Firm, P.C.
      Senior Staff Counsel                     215 North Richard Arrington Jr. Blvd
      101 Samford Hall                         Suite 301
      Auburn University, AL 36849              Birmingham, AL 35203

EEOC Form 161 (11-16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Olivia Hendrieth [address redacted] | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2018-03239 | KEVAN J. JACKSON,<br>Investigator | (205) 212-2128 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

/s/ Linda Palestrina for
**BRADLEY A. ANDERSON,**
District Director

JUN 28 2019
*(Date Mailed)*

Enclosures(s)

cc:
Morgan Sport
Senior Staff Counsel
AUBURN UNIVERSITY
101 Samford Hall
Auburn University, AL 36849

Cynthia F. Wilkinson, Esq.
WILKINSON LAW FIRM PC
215 North Richard Arrington Jr. Blvd, Suite 301
Birmingham, AL 35203